## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **KIMBERLY SIMON,** )<br>   **Plaintiff,** ) | **CASE NUMBER: 6:13-cv-03074** |
| **v.** ) <br> ) | **Magistrate Judge Patrick J. Hanna**<br>**By Consent of the Parties** |
| **SCHLUMBERGER TECHNOLOGY** )<br>**CORPORATION,** )<br>   **Defendant.** ) | |

### DEFENDANT'S RE-URGED MOTION FOR SUMMARY JUDGMENT

Defendant Schlumberger Technology Corporation ("Schlumberger"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, respectfully moves this Court for dismissal of all of the claims brought by Plaintiff Kimberly Simon.

As set forth in detail in Schlumberger's Memorandum in Support of Re-urged Motion for Summary Judgment, Schlumberger establishes the following grounds for granting summary judgment: (1) Plaintiff's failure to accommodate claim fails because her accommodation request was untimely; and (2) the only accommodation that would allow Plaintiff to continue her employment was forgiveness of two previous failures of the entrance exam, which is unreasonable as a matter of law. Based on substantial case law and EEOC guidance, Plaintiff's ADA accommodation claim fails as a matter of law and is ripe for summary disposition.

In support of this Motion, Schlumberger relies on Defendant's Statement of Undisputed Material Facts and Defendant's Memorandum in Support of Re-urged Motion for Summary Judgment. Schlumberger also relies on the following exhibits:

   Exhibit A   The Declaration of MaryElizabeth Lackey;

   Exhibit B   The Deposition of Kimberly Simon;

   Exhibit C   The Declaration of Franklin David Linares Scarione;

| | |
|---|---|
| Exhibit D | The Declaration of Adrian Moss; |
| Exhibit E | The Deposition of MaryElizabeth Lackey; |
| Exhibit F | *Green v. Medco Health Solutions of Texas, LLC*, 947 F. Supp. 2d 712 (N.D. Tex. 2013) *aff'd sub nom. Green v. Medco Health Solutions of Texas, L.L.C.*, 560 F. App'x 398 (5th Cir. 2014), and *Blackard v. Livingston Parish Sewer Dist.*, CIV.A. 12-704-SDD, 2014 WL 199629 (M.D. La. Jan. 15, 2014). |

WHEREFORE, for the reasons set forth more fully in Defendant's Memorandum in Support of Re-urged Motion for Summary Judgment, Defendant Schlumberger Technology Corporation prays that this Court grant its Re-urged Motion for Summary judgment and enter an order dismissing the claims of Kimberly Simon in their entirety.

Respectfully submitted on this the 19th day of May, 2015

**COUNSEL FOR DEFENDANT**

*/s/ Josh C. Harrison*
Josh C. Harrison (LA Bar: 33574)
THE KULLMAN FIRM
*A Professional Law Corporation*
600 University Park Place, Suite 340
Birmingham, Alabama 35209
T: 205-871-5858 | F: 205-871-5874
JCH@KullmanLaw.com

Samuel Zurik, III (LA Bar: 24716)
Rachel Linzy (LA Bar: 29317)
THE KULLMAN FIRM
*A Professional Law Corporation*
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
T: 504-524-4162 | F: 504-596-4114
SZ@KullmanLaw.com | REL@KullmanLaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2015, I caused to be served a true and correct copy of the foregoing DEFENDANT'S RE-URGED MOTION FOR SUMMARY JUDGMENT by CM/ECF filing system, upon the following:

**COUNSEL FOR PLAINTIFF**
Gregory J. Miller (LA Bar: 17059)
MILLER & HAMPTON
3960 Government Street
Baton Rouge, Louisiana 70806
T: 225-343-2205 | F: 225-343-2870

>*/s/ Josh C. Harrison*
>**THE KULLMAN FIRM**