UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KIMBERLY SIMON | CIVIL ACTION NO. 6:13-cv-03074 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| SCHLUMBERGER TECHNOLOGY CORPORATION | BY CONSENT OF THE PARTIES |

## JUDGMENT

For the reasons set forth in the memorandum ruling issued on this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment filed by the defendant, Schlumberger Technology Corporation (Rec. Doc. 32) is GRANTED, and all of the claims asserted by the plaintiff, Kimberly Simon, in her complaint are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 26th day of June 2015.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE