UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | |
|---|---|
| **KIMBERLY SIMON** | **CIVIL ACTION NO. 6:13-cv-03074** |
| **VERSUS** | **JUDGE JAMES J. BRADY** |
| **SCHLUMBERGER TECHNOLOGY CORPORATION** | **MAGISTRATE JUDGE PATRICK HANNA** |

NOTICE OF APPEAL

Notice is hereby given that Kimberly Simon, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment signed on June 26, 2015, and entered on June 29, 2015, which granted defendant's Motion for Summary Judgment and dismissed plaintiff's suit.

          Respectfully Submitted:

          *s/Gregory J. Miller*
          Gregory J. Miller (17059)
          Miller, Hampton, & Hilgendorf
          3960 Government St.
          Baton Rouge, LA 70806
          Tel:  (225) 343-2205
           Fax (225) 343-2870
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Gregory J. Miller, hereby certify that a copy of the foregoing has this day been sent via electronic transmission to counsel of record as follows:

>Samuel Zurik, III
>Rachel Linzy
>THE KULLMAN FIRM
>1100 Poydras Street, Suite 1600
>New Orleans, LA  70163
>
>Josh C. Harrison
>THE KULLMAN FIRM
>600 University Park Place, Suite 340
>Birmingham, Alabama  35209

Baton Rouge, Louisiana, this 28th day of July, 2015.

>*s/Gregory J. Miller*
>Gregory J. Miller